UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MALIHE KIGASARI,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CHARLOTTE A BURROWS,<br><br>　　　　Defendant. | Case No. 20-cv-01521-JST   (SK)<br><br>**ORDER REGARDING DISCOVERY DISPUTE**<br><br>Regarding Docket Nos. 69 |

　　　　The parties filed a joint letter brief regarding Defendant's request for an order compelling Plaintiff to produce documents in response to requests for production. The Court HEREBY ORDERS the parties to meet and confer by telephone or video conference by no later than January 19, 2022. If they are unable to fully resolve their dispute on Plaintiff's responses to the requests for production, by no later than January 25, 2022, the parties may submit a revised joint letter brief to address any outstanding issues. The Court DENIES Defendant's request for an order to compel responses without prejudice to renewing the request after meeting and conferring in accordance with this Order. This Order disposes of Docket No. 69.

　　　　**IT IS SO ORDERED**.

Dated: January 12, 2022

_____
SALLIE KIM
United States Magistrate Judge