# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MALIHE KIGASARI,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CHARLOTTE A BURROWS,<br><br>　　　　Defendant. | Case No. 20-cv-01521-JST<br><br>**ORDER OF DISMISSAL UPON SETTLEMENT**<br><br>Re: ECF No. 119 |

The parties have filed a stipulation stating that "a written settlement agreement [has been] executed by all parties" and that "Defendant is in the process of effectuating the material terms of the settlement." ECF No. 119 at 1. Accordingly, any scheduled hearings or deadlines are vacated, and this matter is dismissed with prejudice. The Clerk shall close the file.

This order will be vacated if any party, after meeting and conferring with opposing parties, files a notice that settlement has not occurred within 90 days of the date of this order.

**IT IS SO ORDERED**.

Dated: March 12, 2024

_____
JON S. TIGAR
United States District Judge